JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DREAMROOM PRODUCTIONS, INC., a California Corporation,<br><br>    Plaintiff,<br><br>vs.<br><br>RYO TAMURA, an individual; VANGO MEDIA GROUP, INC., a Delaware Corporation based in Newport Beach, CA,<br><br>    Defendants. | CASE NO:  CV 11-6604 JFW (SSx)<br><br>[Honorable John F. Walter / Ct. Rm 16]<br><br>**ORDER RE DISMISSAL WITHOUT PREJUDICE, AND RETAINING JURISDICTION TO ENFORCE SETTLEMENT AGREEMENT**<br><br>Trial Date:    04/22/14<br>Third Amd Complaint: 05/03/13<br>Second Amd Complaint: 08/10/12<br>First Amd Complaint:  09/02/11<br>Complaint Filed:   08/11/11 |

  On May 1, 2014, Plaintiff DREAMROOM PRODUCTIONS, INC. along with Defendants RYO TAMURA and VANGO MEDIA GROUP, INC. filed their Notice of Conditional Settlement, Stipulation for Dismissal Without Prejudice, and Consent to Continuing Jurisdiction.

1  After consideration of the parties' Stipulation and all other matters presented
2  to the Court,
3  IT IS ORDERED AS FOLLOWS
4  The action is DISMISSED WITHOUT PREJUDICE pursuant to Federal
5  Rule of Civil Procedure 41(a)(2);
6  The parties are ordered to comply with the terms of the written Conditional
7  Settlement Agreement and General Mutual Release entered into among
8  themselves, the essential terms of which were stated on the record on April 10,
9  2014;
10  If and when the conditions of this settlement have been fully performed, the
11  parties shall file a Stipulation for Dismissal With Prejudice;
12  If the conditions of this settlement are not met, Plaintiff may file an
13  application to reopen this matter and to enter a judgment pursuant to the terms of
14  the written Conditional Settlement Agreement and General Mutual Release; and
15  This Court retains jurisdiction over the parties through April 10, 2019 for the
16  purpose of enforcing the terms of their Conditional Settlement Agreement and
17  General Mutual Release, **under the authority of** *Kokkonen v. Guardian Life*
18  *Insurance Co. of America,* **511 U.S. 375, 381-82 (1994),** and to enter a judgment in
19  this Action pursuant to the settlement agreement upon proper application.

DATED:  May 2, 2014

_____
Judge John F. Walter
United States District Judge